# United States Court of Appeals
# for the Fifth Circuit

————————

No. 22-51098
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
August 21, 2023

Lyle W. Cayce
Clerk

United States of America,

Plaintiff—Appellee,

versus

Luis Flores,

Defendant—Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:22-CR-456-1

_____

Before Wiener, Stewart, and Douglas, Circuit Judges.

Per Curiam:[*]

The attorney appointed to represent Defendant-Appellant Luis Flores has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Flores has not filed a response. We concur with

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-51098

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Counsel's motion for leave to withdraw is GRANTED, and counsel is excused from further responsibilities herein. This appeal is DISMISSED. *See* 5TH CIR. R. 42.2.